UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONTINENTAL INDEMNITY COMPANY,

Plaintiff,

-against-

STILLWATER PROPERTY & CASUALTY INSURANCE COMPANY,

Defendant.
------------------------------------------------------------X

**ORDER**

26 Civ. 4364 (JGLC)(JCM)

The Court has reviewed the docket in this matter, including the affidavit of service filed on June 17, 2026 (Docket No. 6), which reflects service of a summons and complaint, and the electronic summons, which appears to have first been issued on July 9, 2026 (Docket No. 10). By no later than August 28, 2026, Plaintiff's counsel must submit a letter setting forth what Plaintiff believes to be the status of service of process in this case, and what Plaintiff believes to be Defendant's deadline to respond to the complaint (if it has been properly served).

Dated: August 25, 2026
White Plains, New York

**SO ORDERED:**

Judith C. McCarthy

JUDITH C. McCARTHY
United States Magistrate Judge