UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
CONTINENTAL INDEMNITY COMPANY,

Plaintiff,

-against-

STILLWATER PROPERTY & CASUALTY
INSURANCE COMPANY,

Defendant.
---------------------------------------------------------x

**ORDER**

26 Civ. 4364 (JGLC)(JCM)

On September 24, 2026, this Court scheduled an Initial Conference for October 8, 2026 at 10:30 a.m. (Docket No. 17). Neither counsel for plaintiff nor defendant appeared for the conference on October 8, 2026, nor did they contact the Court to request an adjournment or otherwise notify the Court of an inability to attend the conference.

Accordingly, counsel for plaintiff and defendant shall each submit a letter to the Court, by close of business October 9, 2026, explaining their failure to appear and why sanctions should not be imposed.

Dated: October 8, 2026
White Plains, New York

**SO ORDERED:**

Judith C. McCarthy

JUDITH C. McCARTHY
United States Magistrate Judge